

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MEYER KAMINSKY, Also Known as MICHAEL KAMEN.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD LEHRMAN.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MITCHELL & MORGAN, INC., v. JOSEPH SCHNEEBALG, Doing Business as SCHNEEBALG & CO. MITCHELL & MORGAN, INC., v. ADRIAN BAUMGART.—

Concur —Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HECTOR ORTIZ.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CASTILLO.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

JEANETTE E. LEDERBERG v. AMERICAN EXPORT LINES, INC., et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

ELIZABETH A. WATSON v. GEORGE G. WATSON.—